IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROSEMARY BENSON ROJAS,<br>   PLAINTIFF,<br><br>v.<br><br>PRESTON PARKER, ET AL.,<br>   DEFENDANTS. | §<br>§<br>§<br>§ CIVIL CASE NO. 3:26-CV-0038-X-BK<br>§<br>§<br>§<br>§ |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED this 9th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE